IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02412-PSF-CBS

NATALIA TCHESKIDOVA,

    Plaintiff,

v.

ITT FEDERAL SERVICES,

    Defendant.

___

**ORDER OF DISMISSAL**
___

Plaintiff has filed a letter with the Clerk of the Court (Dkt. # 7), which the Court accepts as a motion, requesting withdrawal of her Complaint. Plaintiff's motion is GRANTED and the Court hereby ORDERS that this case be DISMISSED WITHOUT PREJUDICE.

DATED:  January 12, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge